### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bailey, JoAnn

Printed:  7/1/08

Case Number:  04 B 26223
Judge:  Goldgar, A. Benjamin
Filed:  7/14/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed:  May 30, 2008
Confirmed:  October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 29,620.00 |  |
| Secured: |  | 23,461.80 |
| Unsecured: |  | 703.83 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,030.20 |
| Trustee Fee: |  | 1,477.19 |
| Other Funds: |  | 946.98 |
| Totals: | 29,620.00 | 29,620.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,030.20 | 3,030.20 |
| 2. | MB Financial | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | MB Financial | Secured | 3,348.66 | 1,596.61 |
| 5. | City Of Chicago | Secured | 1,481.51 | 1,481.51 |
| 6. | Monterey Financial Services | Secured | 326.78 | 326.78 |
| 7. | Cook County Treasurer | Secured | 2,175.93 | 0.00 |
| 8. | Associates | Secured | 5,707.38 | 5,707.38 |
| 9. | Litton Loan Servicing | Secured | 24,703.55 | 14,349.52 |
| 10. | Monterey Financial Services | Unsecured | 90.87 | 90.87 |
| 11. | Jefferson Capital | Unsecured | 68.78 | 0.00 |
| 12. | United States Dept Of Education | Unsecured | 281.67 | 281.67 |
| 13. | Peoples Energy Corp | Unsecured | 563.73 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 82.39 | 82.39 |
| 15. | SBC | Unsecured | 248.90 | 248.90 |
| 16. | Select Portfolio Servicing | Secured |  | No Claim Filed |
| 17. | Cook County Treasurer | Unsecured |  | No Claim Filed |
| 18. | Kennedy King College | Unsecured |  | No Claim Filed |
| 19. | Mages & Price | Unsecured |  | No Claim Filed |
| 20. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 21. | National A-1, Inc. | Unsecured |  | No Claim Filed |
| 22. | SBC | Unsecured |  | No Claim Filed |
| 23. | Sprint | Unsecured |  | No Claim Filed |
| 24. | Telecheck | Unsecured |  | No Claim Filed |
| 25. | Universal Fidelity Corp | Unsecured |  | No Claim Filed |

Case 04-26223   Doc 49   Filed 07/02/08   Entered 07/02/08 09:10:49   Desc   Page 2 of 2

Page 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Bailey, JoAnn

Printed:  7/1/08

Case Number:  04 B 26223
Judge:  Goldgar, A. Benjamin
Filed:  7/14/04

| | | | |
|---|---|---|---|
| 26. | SBC | Unsecured | No Claim Filed |
| 27. | The Money Store Auto Finance Inc | Unsecured | No Claim Filed |

$ 42,110.35          $ 27,195.83

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 300.24 |
| 4% | 102.58 |
| 3% | 58.72 |
| 5.5% | 371.25 |
| 5% | 112.51 |
| 4.8% | 215.32 |
| 5.4% | 316.57 |

$ 1,477.19

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

